USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/10/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
**Cristian Sanchez**, *on behalf of himself and all others similarly situated*,

                    **Plaintiff,**

-against-

**Shuttle Finance, Inc.,**

                    **Defendant.**
------------------------------------------------------------------x

1:21-CV-1648 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

    On April 21, 2021, I issued an Order to Show Cause why this action should not be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 6. I ordered a response in writing from Plaintiff by May 12, 2021. *Id.* To date, Plaintiff has not responded to my Order to Show Cause, nor has Plaintiff requested an extension to do so.

    Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:  November 10, 2021
             New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**